No. _____

**FILED**
Sep 01, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## RICHARD BEST and SHAWN SAWA

I N D I C T M E N T

1:22-cr-00241-JLT-SKO

VIOLATION(S): 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud (One Count); 18 U.S.C. § 1343 – Wire Fraud (Three Counts); 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(C) – Criminal Forfeiture

*A true bill,*

/s/
─────── Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

─────── Clerk.

*Bail, $* __ PLEASE ISSUE NO BAIL WARRANT FOR BOTH DEFENDANTS __

*[signature]*

GPO 863 525

AO 257 (Rev. 9/92)

☐ YES: SAB conflict in USAO (before 01/01/13)  ☐ YES: SKO conflict in USAO (Before 4/12/10)  PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EDCA
Fresno, CA

**OFFENSE CHARGED**

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT -- U.S. vs.**
▶ RICHARD BEST

Address: 1:22-cr-00241-JLT-SKO

Birth Date: 
☐ Male  ☐ Alien
☐ Female  (if applicable)
(Optional unless a juvenile)

Place of offense: **FRESNO AND TULARE CO.**
U.S.C. Citation: Please see Indictment

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
SA CHET JOHNSTON/FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under ▶

MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  }  ☐ Fed'l  ☒ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
☒ No

DATE OF ARREST ▶   Mo. / Day / Year

Or... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ⇨   Mo. / Day / Year

**Name and Office of Person Furnishing Information on THIS FORM**
MELINA ORTIZ
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
JOSEPH BARTON

✓ ☒ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PLEASE ISSUE ARREST WARRANT

1:22-cr-00241-JLT-SKO

## United States v. Richard Best
### Penalties for Indictment

**COUNT ONE:**

VIOLATION:   18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud

PENALTIES:   Up to twenty years imprisonment

$250,000 fine

Three years supervised release

$100 special assessment

**COUNTS THREE AND FOUR:**

VIOLATION:   18 U.S.C. § 1343 – Wire Fraud

PENALTIES:   Up to twenty years imprisonment

$250,000 fine

Three years supervised release

$100 special assessment

**FORFEITURE ALLEGATION:**

As stated in the charging document

AO 257 (Rev. 9/92)

☐ YES: SAB conflict in USAO (before 01/01/13)   ☐ YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☐ SUPERSEDING: Case No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EDCA**
**Fresno, CA**

**OFFENSE CHARGED**

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense
**FRESNO AND TULARE CO.**

U.S.C. Citation
Please see Indictment

**DEFENDANT -- U.S. vs.**
▶ **SHAWN SAWA**

Address: 1:22-cr-00241-JLT-SKO

Birth Date: ☐ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**SA CHET JOHNSTON/FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ■ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☒ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
■ No
Mo.  Day  Year

**DATE OF ARREST** ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

Name and Office of Person Furnishing Information on THIS FORM
**MELINA ORTIZ**

■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
**JOSEPH BARTON**

✓ ■ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE ARREST WARRANT

## United States v. Shawn Sawa
## Penalties for Indictment

### COUNT ONE:

VIOLATION:      18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud

PENALTIES:      Up to twenty years imprisonment

$250,000 fine

Three years supervised release

$100 special assessment

### COUNTS TWO THROUGH FOUR:

VIOLATION:      18 U.S.C. § 1343 – Wire Fraud

PENALTIES:      Up to twenty years imprisonment

$250,000 fine

Three years supervised release

$100 special assessment

### FORFEITURE ALLEGATION:

As stated in the charging document