MICHELE M. BECKWITH
First Assistant United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00241-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE ARRAIGNMENT AND CHANGE OF PLEA; ORDER |
| v. | |
| SHAWN SAWA, | |
| Defendant. | |

The parties stipulate as follows:

1. The indictment in this case was filed on September 1, 2022. Mr. Sawa has not yet made his initial appearance and been arraigned on the indictment.

2. On July 20, 2023, the parties filed a plea agreement with the Court.

///

///

///

1

3. Therefore, the parties agree that an arraignment and change of plea hearing can be scheduled for October 16, 2023, at 10:00 a.m., before the Hon. Jennifer L. Thurston. There is no need for a time exclusion because Mr. Sawa has not yet appeared in the case.

IT IS SO STIPULATED.

Dated: August 2, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

Dated: August 2, 2023

*/s/ Mark Coleman*
Mark Coleman
Counsel for Shawn Sawa

MICHELE M. BECKWITH
First Assistant United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00241-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| SHAWN SAWA, | |
| Defendant. | |

Pursuant to the parties' stipulation, and for good cause shown, this case is scheduled for an arraignment on the indictment and change of plea hearing on October 16, 2023, at 10:00 a.m., before the Hon. Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: 8/2/2023

*Sheila K. Oberto*
Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE