MARK W. COLEMAN, #117306
Law Office of Mark W. Coleman
2300 Tulare Street, 300
Fresno, CA 93721
Telephone:  (559) 552-8800
Facsimile:   (559) 475-9328

Attorneys for Defendant
        SHAWN SAWA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                v.<br><br>SHAWN SAWA,<br><br>                        Defendant. | CASE NO.  1:22-CR-00241-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 16, 2023<br>TIME:   10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for Change of Plea on October 16, 2023.  For the reasons set for below, the parties request the Court to continue the change of plea hearing to November 13, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.        By previous order, this matter was set for Change of Plea on October 16, 2023.

    2.        By this stipulation, defendant now moves to continue the change of plea on October 16, 2023, and to exclude time between October 16, 2023, and November 13, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

    3.        The parties agree and stipulate, and request that the Court find the following:

        a)        The government has represented that the discovery associated with this case has been provided. The government has provided a plea offer to the defendant via counsel.

        b)        The parties have reached, executed and filed a plea agreement in this case.

c) Due to counsel for defendant's impacted schedule, the defendant requests to continue the Change of Plea Hearing. Specifically, counsel for defendant began a criminal Trial in Madera County on August 22, 2023, which is ongoing, although the evidence portion of the case is completed.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2023 to November 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 10, 2023                                       PHILLIP A. TALBERT
                                                               United States Attorney

                                                               /s/  JOSEPH BARTON
                                                               JOSEPH BARTON
                                                               Assistant United States Attorney

Dated:  October 10, 2023                                       /s/ MARK W. COLEMAN
                                                               MARK W. COLEMAN
                                                               Counsel for Defendant
                                                               SHAWN SAWA

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **October 10, 2023**

_____
UNITED STATES DISTRICT JUDGE