MARK W. COLEMAN, #117306
Law Office of Mark W. Coleman
2300 Tulare Street, 300
Fresno, CA 93721
Telephone: (559) 552-8800
Facsimile: (559) 475-9328

Attorneys for Defendant
      SHAWN SAWA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>SHAWN SAWA,<br><br>                  Defendant. | CASE NO. 1:22-CR-00241-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 13, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for Change of Plea on November 13, 2023. For the reasons set for below, the parties request the Court to continue the change of plea hearing to January 8, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Change of Plea on November 13, 2023.

2. By this stipulation, defendant now moves to continue the change of plea on November 13, 2023, and to exclude time between November 13, 2023, and January 8, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been provided. The government has provided a plea offer to the defendant via counsel.

    b) The parties have reached, executed and filed a plea agreement in this case.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        c)    Due to counsel for defendant's impacted schedule as a result of a two-month Trial in Madera county, the defendant requests to continue the Change of Plea Hearing. Specifically, Defendant and his counsel need additional time to arrange for Defendant's travel between Canada and the United States.

        d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)    The government does not object to the continuance.

        f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 8, 2023                  PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ JOSEPH BARTON
                                                  JOSEPH BARTON
                                                  Assistant United States Attorney

Dated: November 8, 2023                  /s/ MARK W. COLEMAN
                                                  MARK W. COLEMAN
                                                  Counsel for Defendant
                                                  SHAWN SAWA

**FINDINGS AND ORDER**

For the reasons set forth above, the arraignment and change of plea hearing is **CONTINUED** to January 8, 2024 at 10:00 a.m. The Court finds that good cause exists and the interests of justice outweigh the interests of the defendant and the public in a speedy trial. The Court excludes time through January 8, 2024.

IT IS SO ORDERED.

Dated:   **November 8, 2023**

UNITED STATES DISTRICT JUDGE