KIMBERLY A. SANCHEZ
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00241-JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| v. | |
| SHAWN SAWA, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the defendant's sentencing is continued from August 11, 2025, until December 15, 2025, at 9:00 a.m., before the Honorable District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **July 28, 2025**

_____
UNITED STATES DISTRICT JUDGE